You may proceed. Thank you. Good morning. May it please the court. I'm Laura Burson on behalf of Appellate Mr. Collins. I'd like to reserve two minutes for rebuttal. The court in this case erred by not finding that it had jurisdiction over its own prior order granting Mr. Collins naturalization in 1987. But the court did have jurisdiction pursuant to an enabling statute that was in force at the time, Section 1451 of Title VIII of the United States Code. The enabling statute gave district courts authority to naturalize citizens and to revisit and amend court orders. Our interpretation that this section of the statute gave the court jurisdiction is supported and consistent with reasoning found in Magnuson v. Baker, which is a Ninth Circuit case from 1990, as well as other district courts that have considered this issue. And these are listed on pages 22 and 24 of our blue brief. Counsel, could you help me with the part of this that I find the biggest gap in my understanding? The explanation of the delay between when he had the Bible, the family Bible, back in the United States, and when he made his 60B motion. Remind me how long it is and tell me what the 60B justification would be. Unfortunately, because of the way the district court proceeded in this case, Mr. Collins did not file a Rule 60B motion. He was not notified that his petition was being converted to a Rule 60B motion until he actually received the court order dismissing his case. He was pro se, as I recall. He was pro se, yes, Your Honor, on the opportunity of receiving notice of any deficiencies in his admitted petition that it was even being converted to a Rule 60B order. Let me ask you about that. So you're citing or relying on 1451, and I presume it's on 1451I. And that one specifically references within the time that the change to the certification could be within the time prescribed by the rules of procedure, statutes governing the court to take such action, which refers to Rule 60, among other things. So, I mean, that was part of his basis for seeking a change in the certificate. So why didn't he have an obligation to explain why this was within the time? Your Honor, if you recall that he was a pro se litigant, and in his admitted petition that he filed with the court, or his petition, original petition that he filed with the court, he actually did not cite any jurisdictional statute for the court. And there was a hearing that took place roughly a year later, in December of 2012. And at that hearing, the District Court asked counsel for the Immigration Services, you know, what is the basis that you allege that there is no jurisdiction? And the court recognized that Mr. Collins was a pro se litigant, and there was a discussion back and forth on the record as to what the jurisdiction basis was. At no time did Mr. Collins mention anything about a Rule 60 motion. He was not familiar with that part of the statute, obviously, because when he was asked what the jurisdictional basis was, he had difficulty articulating, and the judge recommended that he file an amended petition alleging the basis for jurisdiction. Three days later, or four days later, he did this on his own, as is clear from the record in the hearing with the court, that he was not able to afford counsel. And his basis that he cited to the court was the regulation, which is 3-3-4. Okay, so there was a mistake, is what you're saying. So looking at your supplement, though, can you respond to Judge Kleinfeld's question about why that isn't outside of the time allowed for newly discovered evidence? Well, we believe that had Mr. Collins been apprised that his petition was being converted to a Rule 60 and had an opportunity to present additional facts to the court, such as the facts that we have in the motion to supplement, that he would have been able to demonstrate certain factors that courts look to to determine whether there was reasonableness in his delay. And those factors include illness, poverty, loss of job, loss of home, taking care of family obligations, and difficulty navigating the legal process. Do you have any case, though, that basically would excuse this kind of a delay over a 20-year period? It doesn't have to be related to immigration, but a 60B-type case? We've cited several cases on page 32 and 33 of our brief, and in those cases, the Ah Shin case, taking care of family and feeling overwhelmed by the legal procedures, rendered an 18-year delay reasonable. And then there's another case we cited, the Kara Haylis case, taking care of a sick wife, rendered a 17-year delay reasonable. Let me just ask, though, if you turn it the other way around, you know, there can be delays that are reasonable, but is it an abuse of the district court's discretion, in effect, to determine that this was too long? Ultimately, however the district court decides this issue, we believe that's fair, but Mr. Collins didn't have the opportunity to present these facts to be considered in the first instance. What do we do about Supreme Court cases like Liljeburg, which says that you can't use 60B-6, which is what your client's relying on, as a workaround for the one-year limitation on 60B-1, so that if there's an excuse that fits into one of the first one-year limitations on the first Rule 60B exceptions, then the Supreme Court tells us we're supposed to look at it according to the one year and not to 60B-6? We don't think the facts of this case fall within those other provisions. Why is that? Because it was newly discovered evidence was his claim, and then he has some equitable excuses. Yeah, 60B-2. Assuming that he didn't find out until the family Bible got on the table, so to speak, then he's in a 60B-2 situation, right? Well, 60B-2, for newly discovered evidence, had he brought his motion at that time. But based on the facts, the limited facts that the court had at the time, it's only that he went to a funeral in 1991, and then sometime thereafter he got possession of the Bible. The record is not clear exactly when he actually had possession of the Bible. Well, let's just take the funeral in a normal case of due diligence, and someone tells you, look, we looked in the Bible, or we found out at the funeral that actually your birth date is such and such. Wouldn't that put him on notice to take action then? Again, I think ... I mean, and then you have the 20-year delay. Again, I think, Your Honor, these are facts that could have been established at a district court level had he understood that Rule 60 was his mechanism, and that, in particular, Rule 60B-6 requires extraordinary circumstances. And our point is that there just wasn't enough development of the record to make a determination for this pro se litigant, where there is clear case law that says that, and we've cited this in our reply brief at three, that notice of any perceived deficiencies and opportunity to amend, unless it's absolutely clear that the deficiencies could not be cured, that is what a pro se litigant should be afforded. And in this case, there was not a development of the record enough to determine whether or not it was absolutely clear that the deficiencies could not be cured. And we submit to your Court that there was evidence that it could have been cured. And it's the record. So you would like a finding of jurisdiction, but a remand because of the circumstances of the conversion of the 60B motion? Yes, Your Honor. I don't remember, did any of the, did either, I think there were two authorities you cited where there were very old motions to correct under Rule 12, and the court, the appellate court said they should have been granted, or could have been granted, despite the lengthy delay. Were either of them 60B-2 situations where it was basically newly discovered evidence, but the motion came more than a year after the judgment? I believe the two cases that you're referring to, Your Honor, they were similarly situated in that the individual had not deliberately committed a falsehood when he filed his naturalization papers. And that does seem to be a determinative factor in a lot of these cases, whether the individual at the time that he or she was naturalized understood. Thank you. One last question. I know you're trying to save time. We're going to give you some time for rebuttals. The impetus for your client doing this was to get Social Security benefits, which I understand he now has received. Can you confirm that your client still wants to pursue this issue? Yes, Your Honor. There are also other implications with having inconsistent birthdays for medical records and other aspects where you have to put down your birth date. You know, he has a view of what his birth date is, and then he has naturalization papers that say something else. And so for consistency, finality, and all of those important reasons to understand what your birth date is, you should be putting on important documents. That's why he's continuing with this case. Does he still drive? I don't believe so, Your Honor. I haven't asked that, per se, but he is legally blind at this point. So I think... They have Braille on a lot of automatic teller machines. He could have a driverless car. We'll hear from the government. May it please the Court, Max Weintraub, Representative of the United States. The Court has hit on where would jurisdiction arise, and if it exists at all, which the government has posited that it has, what must someone do to get a court to properly assert, to properly accept the necessity of a change under Rule 60? Counsel, as I understand it, in a lot of other countries, birth certificates don't play the same role they do in our country. And as I recall, there's a long section in Wigmore on family Bibles, Wigmore and evidence. They're accepted, as I recall, he has it in his exceptions to the hearsay rule. Yes, Your Honor. It seems to me seeing the family Bible probably wouldn't be enough because it would just be his say-so in an American court that he sought in Nigeria. So we'd need to have possession of the family Bible in order to present it. How long a delay was there between possession of the family Bible in America and filing his motion? Under the facts, as he has asserted, it was 1997 until 2010, Your Honor. Ninety-seven... So it was 13 years. ...until March 2010. So again, go ahead. And that's, again, that's when he had possession as... Okay, I understand. Now, why wouldn't the court be able to act if the equities were strong enough under 60b-6, even though it could have acted within a year under 60b-2? Well, the issue gets to the negligence of Mr. Collins in waiting that period of time and ignoring any obligation. If correcting his birthday was such an important task for him, then it's clearly negligent to sit on... Well, I don't know if it is or not. I mean, it's only negligent if it looks like it matters, and he has no reason to think it matters until he has the Social Security problem. Well, Your Honor, as counsel has posited, there are other matters before an individual relating to aligning a correct birthday, an allegedly correct birthday, with an allegedly a false birthday. Here, it's a four-year... Look, most of us, I don't know about him, of course, but many of us never look at our birth or something. Then we look at them and, oh, my gosh, it's almost expired. We've got to renew our passports. And if you don't have some problem, I don't see why you'd look. Well, Your Honor, I would posit that there's a dramatic difference between a passport that a citizen possesses and the document that permits one to operate as a citizen in the United States. You think people look at... I haven't looked at my bar admission certificates in years and years. You think people look at... I hope it was correct. You think people look at their naturalization certificates? It's, as counsel has already suggested, there are times when it arises, times like getting a driver's license, times like filling out for medical benefits, or going to... Well, let me ask it a different way, though, and that is that he never had an opportunity to tell us or the judge what the circumstances might be and whether he might fall more appropriately under 60B-6, because the judge converted it, in effect, and then made a decision, but without his ability to amend the complaint. And we have a lot of cases that say when you're in that situation, unless it's absolutely futile, which it would be hard to know since there were no real facts on the record, why wouldn't it be appropriate at least to give him an opportunity? Might come out the same way, but he would have been able to tell us the facts that we're all kind of dancing around here that we don't actually have in our possession. Certainly. And the question just gets to reasonableness and to negligence, Your Honor. What the district judge had in front of it, what the district court had in front of it, was the fact that for years, decades, if you want to go back to the time of the funeral, Mr. Collins believed his birth date was a different birth date than the one that he had told the United States. What if he had been in a mental institution during that time? Would the judge have known that? Well, there were some facts before the court, Your Honor. Well, but did the – would the judge have known all those facts? I mean, there was very little before the court at that point. Well, certainly. Other than the – what I'll call the baseline timing. Sure. And that's – and that's as counsel has brought forth. That's because that's not what he argued. I think the district court was trying to give him some benefit. We had several discussions, and I assure you I made several pleas with Mr. Collins to try to at least seek some representation. But he – his pleading was so dismissible on its face that I believe the district court made the right decision in converting it to Rule 60 so that at least it could get the court. Can I go back to your jurisdiction? We kind of jumped ahead to Rule 60b, but if I heard your opening statement correctly, you indicated that from the government's perspective that the court would have the jurisdiction with respect to a court-issued certificate of naturalization to make a modification or amendment. Did I hear that correctly? You did, Your Honor. Okay. There's nothing in the – in the 1990 amended immigration law that stripped – expressly stripped jurisdiction to review its prior orders from any district court. So what is the source of the jurisdiction? Because the statute was repealed, but there is a savings clause. So are you saying that the court has jurisdiction under the savings clause, Section 408? Yes, under 1451i, Your Honor. Well, 1451i was repealed, right? It was, but the – So what is the source of the court's jurisdiction today? The – it's continuing hold on its prior orders, Your Honor, through Rule 60. The continuing hold jurisdiction? What's the source of that? Well, Your Honor, once a court-issued decision, unless it's been – unless it's been stripped away, the court maintains jurisdiction over its orders to amend or alter through Rule 60. So are you saying inherent authority, or do you have some other source of jurisdiction? It's not inherent authority, Your Honor. It's – it's 1451i, which has not been – while it's been repealed, what hasn't been repealed is the court's authority to review its prior orders. If the new – Which is found where? In 1451i, Your Honor. Which is repealed. I guess I'm not understanding the argument. So I think what you're saying – To strip jurisdiction away, there has to be an express action by Congress. Okay. And what's the source of that? What's the source of that statement? What's the authority for that? Well, Kucana, for one, Your Honor, Kucana says that any jurisdiction stripping must be expressed in a statute, and there is no statute that says this. Well, there was a statute that repealed this source of jurisdiction. I guess I'm not understanding. If Congress gives the court jurisdiction to hear a certain class of cases, and then Congress repeals that law, you would agree that the court doesn't have jurisdiction to hear that class of cases, is that right? Yes, Your Honor, but that's for new cases. This is the situation – And what's the – what's the statute that says with respect to all old cases, courts have continuing jurisdiction? Well, I'm not certain that it's a – I don't know of a statutory basis for that, but, Your Honor, anything that would strip away that jurisdiction would be a retroactive stripping. This is a – Doesn't 60B, rule 60B, isn't that adopted by Congress? As I recall, they adopt Federal rules by silence, and I think the committee files them with Congress, and if Congress doesn't do anything, then they become law, and every now and then Congress does, like 4, 13, 14, and 15, I think. Doesn't the – don't the rules expressly say that the rules don't create jurisdiction or give jurisdiction? That was my understanding. It should already exist. It's just never been stripped. I think what you're saying is that prior to the – the amendment is a going-forward proposition. Prior to the amendment, the order existed. It existed legitimately from the court because of statute, and when you take the existing court order, which was not stripped, and you add 60 – rule 60, which gives courts authority to do certain things to its orders, that the marrying of those two – so 60B – 60B doesn't give you jurisdiction, but it gives you authority to do something with an existing order. Unless that – unless that authority has been stripped. Has been stripped. So you're saying inherent authority because there is no statutory grant from Congress of authority to do that. Is that correct? I do not believe it's inherent authority. It's authority that existed and has never been stripped away, Your Honor. Could I – before you run out of time, I've got one more thing on my mind here that's separate from this. I can see where wrong birth dates would give people equities or not, depending on whether they had tried to defraud the INS or not, and whether they had some good reason for the mistake or the delay or whatever. I'm trying to figure out why doesn't the government want to have the correct date, name, and other information? What are the government's equities? Your Honor – If we get to equities. Certainly. It gets down to the existence of evidence and the existence of the ability to get to the veracity of what's being put before it. Here, where – As far as that concern goes, it seems to me that that's the one addressed by Wigmore. You certainly do not want a procedure that's likely to be unreliable. But family Bibles have long been accepted as reliable. And as I understand it, in a lot of third world countries, people know their ancestry, but not their birth date. It's just custom in a lot of them. I don't know about Nigeria. Well, Your Honor, the family Bible is an exception to the hearsay rule. It is not, however, in and of itself, the end of the discussion. And here, where Mr. Collins waited minimum of 13, maximum of 20 years – That's his bad equity. Any evidence, any remaining witnesses, those are gone. Those are essentially spoliated. Well, that's his bad equities. But what I'm trying to find out is what are the government's equities? What are the government's concerns? Well, it's the inverse, Your Honor. It's the lack of ability to get to anything to might form the background of or the basis or the veracity of the date in the – Well, you could inspect the family Bible. If it has a publishing date that's later than the purported birth date, it's obviously phony, that sort of thing. Well, that would be one way. But if it's an old Bible and it's got several dates in it, there's no way to know who put the dates in. Or, you know, again, it's an exception to hearsay. It's not the end of the discussion on the birth date. Is this something that the parties could resolve in mediation? In other words, does – although USCIS had refused the initial overture to change the birth date after he had all these medical issues, does it have the authority to do so? It does not. It would have, at best, the ability to consent to a judgment before the court. It is the court that has the ability to modify a previous court order. I understand. Okay. So, in other words, let me just kind of – and I'm not asking for you to agree on anything, but just spin it out. If the district court has jurisdiction because it is an existing order, and if the case were remanded for the district court to make a decision in light of that, what you're saying is if the parties came to an agreement for a stipulated order, they could present that to the district court for consideration? It is my understanding that that is the case. And, Your Honor, that's really the heart of this matter. This is one case of several in which this instance arises. And courts, even within a single district, are split on whether there is jurisdiction or whether there is not. Sure. For good reason, because they haven't had any real guidance. And – But your client, going back to these various district court cases, has taken the position that there is jurisdiction. There is jurisdiction. It's through Rule 60 and not through – apologize – not through some inherent authority. But why is it through – wait. Why isn't it through the Savings Clause in the statute? Statute? Yeah. Section 408 gives the court authority. It says, no court shall have jurisdiction to naturalize unless a petition for naturalization has been filed with the court before October 1, 1991. So the statute itself gives the court continuing jurisdiction over pre-1991 petitions. Why isn't that the source of the court's jurisdiction? Your Honor, that could certainly be an alternative basis for jurisdiction. I don't think – even were that not there, however, the government's position is that Rule 60 plus the existing jurisdiction at the time that the order was issued married together, as Your Honor pointed out, to provide jurisdiction. So your bottom line right now before us is that you've got jurisdiction, but the district court, despite the pro se status and despite having converted it himself to Rule 60B, that the decision was correct, that there should be no modification. In this instance where between a decade and a half and two decades went by before Mr. Collins even thought to come forward to let anybody know that, oh, there may be another birth date, Your Honor, I believe you're correct. I appreciate it. I understand your position. All right, let's hear again from Mr. Collins' counsel and we'll give you a minute and a half rebuttal. Thank you, Your Honor. As one of your questions was about the savings clause of the Immigration Confers Authority to the district court for revisiting prior orders, and the language of 408 is clear that there is no jurisdiction with the court unless a petition for naturalization had been filed with the court before October 1, 1991, which is the case here. Remind me again of what the problem is with Section 1451I. There isn't a problem, Your Honor. That was the enabling statute that was in force at the time that the district court gave naturalization to Mr. Collins. Since that time, the Immigration Act of 1990 was enacted, which then simultaneously repealed Section 1451 in terms of giving courts the power to naturalize. But in doing so, the Immigration Act did notice and recognize that there could be exceptions to retention of jurisdiction when you're dealing with orders prior to 1991. And then in terms of the Rule 60 motion that has been discussed here this morning, there is no bright-line rule as to a number of years that constitute unreasonable delay. And the problem in this particular case is that the district court did not have facts before it to decide whether, in fact, this was a Rule 60b-2 case or a Rule 60b-6, which we think is appropriate. And we've had in the briefing from the government, they've intimated that Rule 60b-6 is a possibility. And the court did not mention 60b-6. Is that correct? In a footnote, it rattled through the different requirements. But it didn't say, I looked at 60b-6, and I don't think it's appropriate under that. It was more focused on the timeliness under 60b-1 and then also 6. He specifically, the district court specifically addressed the 1-year issue, and then in a footnote said that there weren't any facts before him to, for him to entertain any of the other provisions. And that is our position, that there just weren't enough facts for the court to make a decision on that. There's no harm to the government to have facts presented and Mr. Collins have his day in court, and there is harm to Mr. Collins. And so on that basis, we would ask that the district court's holding that it did not have jurisdiction be reversed and that the case be remanded to the district court for Mr. Collins to have the opportunity to present facts in support of a motion for a Rule 60 amendment. Thank you. The case just argued, Collins v. The United States, is submitted. I do want to thank Ms. Burson for your pro bono appearance on behalf of the court. Also, to credit Mr. Weintraub, who said he tried to get Mr. Collins to get counsel. We might not be where we are today. So I appreciate both the government's argument and also argument for Mr. Collins. Thank you.
judges: Kleinfeld, McKeown, Ikuta